**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *Norma Rivera et al. v. DC Delivery, LLC*
 Civil No. RWT-14-1759

DATE:  July 17, 2014

\* \* \* \* \* \* \* \* \*

      Upon the request of counsel for the Plaintiff, the telephone status conference previously scheduled for July 24, 2014 is **hereby rescheduled for July 23, 2014 at 5:00 p.m.** The call shall be initiated by counsel for the Plaintiff.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                              /s/
                                                  Roger W. Titus
                                                  United States District Judge